| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Reade, Linda R. | 2. Court or Organization  District Court ND Iowa | 3. Date of Report  02/22/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination ☐ Initial ☑ Annual ☐ Final  Date  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  U.S. Courthouse 111 7th Ave SE Cedar Rapids, IA 52401 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | State of Iowa judicial retirement income--paid monthly beginnning 2/27/13 | $31,958.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Bradshaw Fowler Proctor & Fairgrave, PC - professional fees |
| 2. 11/16/2016 | New York Marine and General Insurance-fee for mediation services |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 17-19, 2016 | Washington DC | Board Meeting | transportation, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 19

Name of Person Reporting

Reade, Linda R.

Date of Report

02/22/2018

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | M | T | | | | | |
| 2. CSCO Stock | A | Dividend | J | T | | | | | |
| 3. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4. Deferred Comp Plan (H) | | | | | | | | | |
| 5. -Stock Index Fund-Valic | A | Dividend | J | T | | | | | |
| 6. -Science & Technology Fund-Valic | A | None | J | T | | | | | |
| 7. -Putnam New Opportunity Fund-Valic | A | None | J | T | | | | | |
| 8. -Putnam Global Gr Fund-Valic | A | None | J | T | | | | | |
| 9. -American Cent Ultra Fund-Valic | A | None | J | T | | | | | |
| 10. Retirement Account (H) | | | P1 | T | | | | | |
| 11. -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 12. -ABEONATherapeutics (ABEO) (Y) | | | | | | | | | |
| 13. -AT&T (T) | C | Dividend | L | T | Buy (add'l) | 02/01/16 | J | | |
| 14. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 15. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 16. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 17. -Air Canada (ACDVF) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Altria Group, Inc (MO) | C | Dividend | M | T | Buy (add'l) | 01/11/16 | J | | |
| 19. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 20. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 21. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 22.  -American Airlines (AAL) | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 23. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 24. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 25. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 26.  -American Int'l Grp (AIG) | B | Dividend | L | T | Buy (add'l) | 03/28/16 | J | | |
| 27. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 28. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 29. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 30.  -Annaly Capital Mgmt Reit (NLY) | E | Dividend | M | T | | | | | |
| 31.  -Apple (APPL) | D | Dividend | N | T | Buy (add'l) | 02/12/16 | J | | |
| 32. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 33. | | | | | Buy (add'l) | 08/12/16 | J | | |
| 34. | | | | | Buy (add'l) | 11/11/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/14/16 | L | | |
| 36. -Applied Materials (AMAT) | A | Dividend | | | Buy (add'l) | 03/17/16 | J | | |
| 37. | | | | | Sold | 05/20/16 | J | B | |
| 38. - Alamos Gold (AGI) | A | Dividend | J | T | | | | | |
| 39. -Aurico Metals Inc (ARCTF)(Y) | | | | | | | | | |
| 40. -Bank of America (BAC) | A | Dividend | | | Buy (add'l) | 02/01/16 | J | | |
| 41. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 42. | | | | | Sold | 05/25/16 | K | | |
| 43. -Barrick Gold Corp (ABX) | A | Dividend | K | T | | | | | |
| 44. -Berkshire Hathaway | | None | | | Sold | 11/07/16 | M | G | |
| 45. -Blackrock Health Sciences Fund (SHSAX) | B | Distribution | L | T | Buy (add'l) | 12/06/16 | J | | |
| 46. -Boeing (BA) | B | Dividend | K | T | Buy (add'l) | 03/04/16 | J | | |
| 47. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 48. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 49. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 50. -British Petro (BP) | B | Dividend | K | T | | | | | |
| 51. -Carlyle Grp (CG) | C | Dividend | L | T | Buy (add'l) | 03/02/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 53. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 54. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 55.  -Citigroup (CIT) | | None | L | T | Buy | 12/06/16 | L | | |
| 56.  -Cleanpath Resources (CLNP)(Y) | | | | | | | | | |
| 57.  -CrownCastle (CCI) | | None | | | Sold | 02/01/16 | L | A | |
| 58.  -Cytokinetics Inc (CYTK) | | None | K | T | | | | | |
| 59.  -DDR Corp | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 60. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 61. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 62. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 63.  -RRDonnelley (RRD) | B | Dividend | J | T | Buy (add'l) | 03/01/16 | J | | |
| 64. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 65. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 66. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 67.  -Donnelley Financial (DFIN) | | None | J | T | Spinoff (from line 63) | 10/03/16 | J | | |
| 68.  -LSC Communications (LKSD) | | None | J | T | Spinoff (from line 63) | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Doubleline Inc (DSL) | C | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 70. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 71. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 72. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 73. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 74. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 75. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 76. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 77. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 78. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 79. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 80. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 81. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 82. -Enbridge Energy (EEP) | B | Dividend | K | T | | | | | |
| 83. -Exact Sciences (EXAS) | | None | J | T | | | | | |
| 84. -First Date Corp (FDC) | | None | K | T | Buy | 05/25/16 | K | | |
| 85. -Garmin (GRMN) | B | Dividend | | | Sold | 09/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -General Electric Co (GE) | B | Dividend | L | T | Buy (add'l) | 01/25/16 | J | | |
| 87. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 88. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 89. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 90. -Goldcorp Inc. F (GG) | A | Dividend | J | T | Buy | 08/30/16 | K | | |
| 91. -Graphic Packaging Hldg (GPK) | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 92. | | | | R | Buy (add'l) | 04/06/16 | J | | |
| 93. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 94. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 95. -GSV Capital (GSVC) | D | Dividend | J | T | | | | | |
| 96. -Hovnanian (HOV) | | None | J | T | | | | | |
| 97. -Icahn Ent (IEP) | B | Dividend | K | T | Buy (add'l) | 04/12/16 | J | | |
| 98. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 99. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 100. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 101. -India Fund (IFN) | B | Distribution | K | T | | | | | |
| 102. -JP Morgan Chase (JPM) | B | Dividend | L | T | Buy (add'l) | 02/01/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Metlife (MET) | A | Dividend | K | T | Buy (add'l) | 03/14/16 | J | | |
| 104. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 105. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 106. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 107.  -Micron Tech (MU) | | None | K | T | | | | | |
| 108.  -Microsoft (MSFT) | B | Dividend | L | T | Buy (add'l) | 03/11/16 | J | | |
| 109. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 110. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 111. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 112.  -Morgan Stanley (MS)(L) | | None | J | T | | | | | |
| 113.  -New Residential Inve (NRZ) | | None | | | Buy | 04/20/16 | J | | |
| 114. | | | | | Sold | 05/25/16 | K | B | |
| 115.  -New York Management REIT(NYMT) | C | Dividend | K | T | Buy (add'l) | 01/26/16 | J | | |
| 116. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 118. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 119.  -Newmont Mining (NEM) | | None | | | Sold | 04/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Novartis (NVS) | | None | L | T | Buy | 12/12/16 | L | | |
| 121. -Ovascience Inc. (OVAS)(L) | | None | J | T | | | | | |
| 122. -Paragon Shipppng (PRGN)(L) | | None | J | T | | | | | |
| 123. -Performance Food Group (PFGC) | | None | K | T | Buy | 03/21/16 | J | | |
| 124. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 125. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 126. -Pfizer (PFE) | B | Dividend | K | T | Buy (add'l) | 03/02/16 | J | | |
| 127. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 128. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 129. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 130. -Pimco (PTY) | D | Dividend | L | T | Buy (add'l) | 01/05/16 | J | | |
| 131. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 132. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 133. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 134. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 135. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 136. | | | | | Buy (add'l) | 07/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 138. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 139. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 140. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 141. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 142. -Principal Financial (PFG) | D | Dividend | M | T | Buy (add'l) | 03/29/16 | J | | |
| 143. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 144. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 145. -Proctor & Gamble (PG) | B | Dividend | | | Buy (add'l) | 02/16/16 | J | | |
| 146. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 147. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 148. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 149. | | | | | Sold | 10/28/16 | K | D | |
| 150. -Safe Bulkers (SB) | | None | J | T | | | | | |
| 151. -Schlumberger (SLB) | A | Dividend | K | T | | | | | |
| 152. -Sodastream (SODA) | | None | K | T | | | | | |
| 153. -Suncor (SU) formerly Canadian Oil | | None | | | Sold | 08/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Suntech Power (STP) (Y) | | | | | | | | | |
| 155. -Taser International (TASR) | | None | J | T | | | | | |
| 156. -Telecom Argentina SA (TCMFF) | | None | J | T | | | | | |
| 157. -Total SAADRF1 (TOT) | B | Dividend | K | T | | | | | |
| 158. -Trupanion Inc (TRUP) | | None | J | T | Buy | 10/03/16 | J | | |
| 159. | | | | | Sold (part) | 10/11/16 | K | C | |
| 160. -Tsakos Energy (TNP) | B | Dividend | K | T | | | | | |
| 161. -Verizon Communications (VZ) | C | Dividend | L | T | Buy (add'l) | 02/02/16 | J | | |
| 162. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 163. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 164. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 165. -VISA | A | Dividend | L | T | Buy (add'l) | 03/02/16 | J | | |
| 166. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 167. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 168. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 169. -Vodafone (VOD) | A | Dividend | K | T | Buy (add'l) | 09/13/16 | J | | |
| 170. -Yamana Gold Incoo (AVY) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. McVean Trading and Investment | | None | J | T | | | | | |
| 172. Farm 1 Dallas Co., IA | D | Rent | M | W | | | | | |
| 173. Farm 3 Dallas Co. IA | D | | L | W | | | | | |
| 174. Farm 5 Adair Co, IA | E | Rent | N | W | | | | | |
| 175. Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 176. Farm 10 Adair Co, IA | E | Rent | N | W | | | | | |
| 177. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 178. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 179. Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 180. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 181. Mineral Interest,Dallas County, IA | | None | J | T | | | | | |
| 182. Scout Energy fkaFidelity ExplorRoyalty Continental Resor Bowman Co, ND | B | Royalty | J | T | | | | | |
| 183. Ben Con Properties LLC Des Moines, IA(Y) | F | Distribution | | | | | | | |
| 184. Towne View Apartments, LTD, Des Moines, IA(Y) | | | | | | | | | |
| 185. Phoenix-Tuson Ranch LLC | | None | J | T | | | | | |
| 186. Brokerage 1 | | | O | T | | | | | |
| 187. -Schwab money market account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -American Airlines Grp (AAL) | A | Dividend | L | T | | | | | |
| 189.  -At & T (T) | B | Dividend | K | T | | | | | |
| 190.  -Air Canada (ACDVF) | | None | L | T | | | | | |
| 191.  -Bank of Nova Scotia (BNS) | B | Dividend | | | Sold | 11/03/16 | K | A | |
| 192.  -Blackstone (BX) | B | Dividend | K | T | | | | | |
| 193.  -Boeing (BA) | A | Dividend | K | T | | | | | |
| 194.  -Caterpillar Inc (CAT) | A | Dividend | K | T | | | | | |
| 195.  -Carlyle Grp (CG) | | None | L | T | Buy | 12/05/16 | K | | |
| 196. | | | | | Buy (add'l) | 12/22/16 | K | | |
| 197.  -Cliffs Natural Resources (CLF) | | None | | | Sold | 12/27/16 | J | | |
| 198.  -Crocs (CROX) | | None | | | Sold | 12/27/16 | J | | |
| 199.  --Cytokinetics (CYTK) | | None | K | T | | | | | |
| 200.  -Dodge & Cos (DODGX) | B | Dividend | | | Sold | 11/11/16 | L | B | |
| 201.  -Flextronics Int (FLEX) | | None | K | T | | | | | |
| 202.  -Ford Motor (F) | A | Dividend | J | T | | | | | |
| 203.  -General Motors (GM) | B | Dividend | K | T | | | | | |
| 204.  -Glaxosmithkline (GSK) | A | Dividend | | | Sold | 06/20/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Hatteras Financial (HTS) | A | Dividend | | | Sold | 07/06/16 | J | | |
| 206. -Mobileye (MBLY) | | None | J | T | | | | | |
| 207. -NewYork Comm Bancorp (NYCB) | A | Dividend | | | Sold | 03/29/16 | K | | |
| 208. -Ovascience Inc (OVAS) | | None | J | T | | | | | |
| 209. -Pimco Opp Fund (PTY) | A | Dividend | J | T | | | | | |
| 210. -Principal Finan (PFG) | A | Dividend | J | T | | | | | |
| 211. -PJT Partners (PJT) | | None | J | T | | | | | |
| 212. -Qorvo Inc (QRVO) | | None | | | Sold | 12/15/16 | K | | |
| 213. -Seadrill (SDRL) | | None | | | Sold | 12/27/16 | J | | |
| 214. -Suncor Energy (SU) | A | Dividend | | | Sold | 08/24/16 | J | | |
| 215. -Total SA (TOT) | C | Dividend | L | T | | | | | |
| 216. -Vale SA ADR (VALE) | A | Dividend | J | T | | | | | |
| 217. -Veracyte (VCYT) | | None | K | T | | | | | |
| 218. -Verastem (VSTM) | | None | J | T | | | | | |
| 219. -Viewray (VRAY) | | None | J | T | Buy | 08/23/16 | J | | |
| 220. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 221. -Vodaphone (VOD) | | None | J | T | Buy | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Brokerage II | A | Int./Div. | K | T | | | | | |
| 223.   -NYCB | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 02/22/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 4-9 The dividend amounts are not detailed in the statement I receive
Lines 173, 175 Col B, the income is from crops
Line 179 Col. B the income is CRP

If column D(4) does not have an entry there was no gain upon the sale

Line 183-The only asset of the entity was sold during the reporting period and the entity had no value at the end of the reporting period

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544